MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
mqc@call-law.com
SUNEEL J. NELSON, ESQ.
Nevada Bar No. 12052
suneel@call-law.com
CALLISTER & ASSOCIATES
823 Las Vegas Blvd. South, Ste. 330
Las Vegas, NV  89101
Phone: (702) 385-3343
Fax: (702) 385-2899

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ACHEAMPONG, an individual; BEATRIZ BORDELOIS, an individual; LYNDALOU BULLARD, an individual; HERIBERTO CABAN, an individual; JEROME CARTER, an individual; JUDY CURRIER, an individual; DAVID DONOVAN, an individual; PHILIP HALVERSON, an individual; STEVEN JACKSON, an individual; PAUL JAHN, an individual; ROBERT MORGAN, an individual; CYNTHIA PRIDGEN, an individual; MARK RUSSO, an individual; JAMES TALLEY, an individual; NIKOLAS TARANIK, an individual; and RICHARD WILSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; and DOES XI through XX and ROE CORPORATIONS XXI through XXX inclusive,<br><br>Defendants. | Case No. 2:15-cv-00981-RFB-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' REPONSE TO MOTION TO DISMISS, AND DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties by and through their respective counsel, pursuant to LR 6-1, that Plaintiffs have until and including Monday, June 29,

811527v.1

2015, to file their response to Defendant Las Vegas Valley Water District's ("LVVWD") Motion to Dismiss (Doc. #7) ("Motion"), which was filed on June 3, 2015, and further, that LVVWD has until July 10, 2015, to file its reply in support of its Motion.  This Stipulation is entered into for the following reasons:

    1.    LVVWD filed its Motion on June 3, 2015.

    2.    The deadline for Plaintiffs to respond is currently June 22, 2015.

    3.    LVVWD's Motion raises complex issues of law, thus Plaintiffs require an extension of one week to research and brief the relevant issues before filing their response.

    4.    LVVWD anticipates that it will also require an extension of one week to prepare and file its reply in support of the Motion.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

811527v.1

5. The parties do not seek these extensions of time for purposes of delay.

6. These are the first requests for extensions of time to file the parties' respective response and reply in support of LVVWD's Motion.

DATED this 23rd day of June 2015.

| CALLISTER & ASSOCIATES | WILSON, ESLER, MOSKOWITZ, EDELMAN & DICKER, LLP |
|---|---|
| */s/ Suneel J. Nelson*<br>SUNEEL J. NELSON, ESQ.<br>Nevada Bar No. 12052<br>suneel@call-law.com<br>823 Las Vegas Blvd. South, 3rd Floor<br>Las Vegas, Nevada 89101<br>Phone: (702) 385-3343<br>Fax: (702) 385-7733 | */s/ Sheri M. Thome*<br>SHERI M. THOME, ESQ.<br>Nevada Bar No. 008657<br>sheri.thome@wilsonelser.com<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>Phone: (702) 727-1400<br>Fax: (702) 727-1401 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of July, 2015.

Page 3 of 3

811527v.1