# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

|  |  |
|---|---|
| STEPHEN ACHEAMPONG, *et al.*, | 2:15-cv-00981-RFB-PAL |
| Plaintiffs, | **ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION SCHEDULED FOR JULY 27, 2015** |
| vs. | |
| LAS VEGAS VALLEY WATER DISTRICT, | |
| Defendant. | |

The court scheduled an Early Neutral Evaluation Session for 10:00 a.m., July 27, 2015.  (#6).  The court has reviewed the confidential evaluation statements from the parties.

IT IS HEREBY ORDERED that an in chambers' telephonic hearing to discuss the Early Neutral Evaluation Session is scheduled for 2:00 p.m., July 24, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 22nd day of July, 2015.


_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE