# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| STEPHEN ACHEAMPONG, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> LAS VEGAS VALLEY WATER DISTRICT, <br><br> Defendants. | 2:15-cv-00981-RFB-PAL <br> Consolidated for Discovery Purposes with <br> Case No. 2:15-cv-00210-JCM-VCF <br><br> **ORDER** |

    Before the court is Plaintiff's Emergency Motion to Extend Time to Respond to Las Vegas Valley Water District's Requests for Production of Documents and Special Interrogatories by 60 Days (#30).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Plaintiff's Emergency Motion to Extend Time to Respond to Las Vegas Valley Water District's Requests for Production of Documents and Special Interrogatories by 60 Days (#30) must be filed on or before October 16, 2015. No reply necessary.

    IT IS FURTHER ORDERED that a hearing on Plaintiff's Emergency Motion to Extend Time to Respond to Las Vegas Valley Water District's Requests for Production of Documents and Special Interrogatories by 60 Days (#30) is scheduled for 2:00 p.m., October 20, 2015, in courtroom 3D.

    DATED this 9th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE