Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant Las Vegas Valley Water District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ACHEAMPONG, an individual; BEATRIZ BORDELOIS, an individual; LYNDALOU BULLARD, an individual; HERIBERTO CABAN, an individual; JEROME CARTER, an individual; JUDY CURRIER, an individual; DAVID DONOVAN, an individual; PHILIP HALVERSON, an individual; STEVEN JACKSON, an individual; PAUL JAHN, an individual; ROBERT MORGAN, an individual; CYNTHIA PRIDGEN, an individual; MARK RUSSO, an individual; JAMES TALLEY, an individual; NIKOLAS TARANIK, an individual; and RICHARD WILSON, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> LAS VEGAS VALLEY WATER DISTRICT; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:15-cv-00981-RFB-PAL <br><br> **STIPULATION AND [Proposed] ORDER TO CONTINUE THE DEADLINE TO FILE THE JOINT PRE-TRIAL ORDER** <br><br> **[FIRST REQUEST]** |

Plaintiffs BEATRIZ BORDELOIS, PHILIP HALVERSON, STEVEN JACKSON, ROBERT MORGAN, CYNTHIA PRIDGEN and RICHARD WILSON and Defendant, LAS VEGAS VALLEY WATER DISTRICT ("District") (collectively the "Parties"), by and through their respective counsel, hereby file this Stipulation and Order to Continue the Deadline to File the Joint Pre-Trial Order. The Court entered Orders [ECF 84 and 102] on the District's Motions for Summary

1302504v.1

Judgment on March 30, 2018. As a result, the Joint Pretrial Order is due on April 30, 2018. The parties are still working on the various factual and legal contentions for the six remaining plaintiffs, and based upon the large volume of testimony and documents in the matter, need additional time to create their exhibit lists and factual/legal contentions. Accordingly, the Parties hereby stipulate and request that the deadline to file the Joint Pretrial Order be continued by fourteen (14) days to May 14, 2018.

IT IS SO STIPULATED.

DATED this 26th day of April, 2018

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Sheri Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
I-Che Lai, Esq.
Nevada Bar No. 12247
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400
*Attorneys for Defendant*

DATED this 26th day of April, 2018

**CALLISTER & ASSOCIATES**

BY: */s/ Mitchell S. Bisson*
Matthew Q. Callister, Esq.
Nevada Bar No. 001396
Mitchell S. Bisson, Esq.
Nevada Bar No. 11920
330 E. Charleston Blvd., #101
Las Vegas, Nevada 89104
(702) 385-3343
*Attorneys for Plaintiffs*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED:** that the deadline for the Parties to file the Joint Pretrial Order, currently set for April 30, 2018, shall be continued to May 14, 2018.

Dated this 3rd day of May, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1302504v.1