UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| STEPHEN ACHEAMPONG, et al., | Case No. 2:15-cv-00981-RFB-PAL |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| LAS VEGAS VALLEY WATER DISTRICT, | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for January 23, 2019 at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **9:30 a.m. February 13, 2019,** in Courtroom 3B of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due January 16, 2019, is **VACATED** and **CONTINUED** to be received not later than **4:00 p.m., February 6, 2019**.

3. All other instructions contained in the Order Scheduling Settlement Conference (ECF No. 109) shall remain in effect.

DATED this 4th day of December, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1