Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Las Vegas Valley Water District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN ACHEAMPONG, an individual; BEATRIZ BORDELOIS, an individual; ~~LYNDALOU BULLARD, an individual~~; HERIBERTO CABAN, an individual; JEROME CARTER, an individual; JUDY CURRIER, an individual; DAVID DONOVAN, an individual; PHILIP HALVERSON, an individual; STEVEN JACKSON, an individual; PAUL JAHN, an individual; ROBERT MORGAN, an individual; CYNTHIA PRIDGEN, an individual; MARK RUSSO, an individual; JAMES TALLEY, an individual; NIKOLAS TARANIK, an individual; and RICHARD WILSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00981-RFB-PAL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Defendant Las Vegas Valley Water District, and Plaintiffs Steven Acheampong, Beatriz Bordelois, Philip Halverson, Steven Jackson, Robert Morgan, Nikolas Taranik, and Paul Jahn, by and through their respective counsel of record, hereby submit the following Joint Status Report per the Court's Order dated March 20, 2019:

The Settlement Agreement was signed by all Plaintiffs and returned to the District's counsel on March 25, 2019. The revocation period under the OWBPA expired April 1, 2019. The carrier

1440523v.1

has processed the settlement check, and it is expected to arrive by the end of this week.  By April 9, 2019, the parties should be able to file the dismissal with prejudice.

DATED this 2nd day of April, 2019

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Sheri M. Thome*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101
    *Attorneys for Defendant Las Vegas Valley Water District*

DATED this 2nd day of April, 2019

**CALLISTER & ASSOCIATES**

By: */s/ Matthew Q. Callister*
    Matthew Q. Callister, Esq.
    Nevada Bar No. 001396
    330 E. Charleston Blvd., Suite 100
    Las Vegas, NV 89104
    *Attorneys for Plaintiffs*

**IT IS ORDERED** that the parties shall have until **April 9, 2019** to file their stipulation to dismiss.

Dated this 9th day of April, 2019.

Peggy A. Leen
United States Magistrate Judge

1440523v.1