Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Las Vegas Valley Water District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN ACHEAMPONG, an individual; BEATRIZ BORDELOIS, an individual; ~~LYNDALOU BULLARD, an individual~~; HERIBERTO CABAN, an individual; JEROME CARTER, an individual; JUDY CURRIER, an individual; DAVID DONOVAN, an individual; PHILIP HALVERSON, an individual; STEVEN JACKSON, an individual; PAUL JAHN, an individual; ROBERT MORGAN, an individual; CYNTHIA PRIDGEN, an individual; MARK RUSSO, an individual; JAMES TALLEY, an individual; NIKOLAS TARANIK, an individual; and RICHARD WILSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00981-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Defendant Las Vegas Valley Water District, and Plaintiffs Steven Acheampong, Beatriz Bordelois, Philip Halverson, Steven Jackson, Robert Morgan, Nikolas Taranik, and Paul Jahn, by and through their respective counsel of record, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with all parties to bear their own fees and costs.

///

///

1443439v.1

The parties hereby also agree that this Court retains jurisdiction over any enforcement proceedings involving the settlement in this case, should the need arise.

DATED this 9th day of April, 2019                DATED this 9th day of April, 2019

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**                **CALLISTER & ASSOCIATES**

By:  */s/ Sheri M. Thome*                By:  */s/ Matthew Q. Callister*
    Sheri M. Thome, Esq.                    Matthew Q. Callister, Esq.
    Nevada Bar No. 008657                    Nevada Bar No. 001396
    300 South Fourth Street, 11th Floor                    330 E. Charleston Blvd., Suite 100
    Las Vegas, Nevada 89101                    Las Vegas, NV 89104
    *Attorneys for Defendant Las Vegas Valley Water District*                    *Attorneys for Plaintiffs*

## **ORDER**

The above-referenced action is hereby dismissed, with prejudice, with all parties bearing their own fees and costs. Further, the Court retains jurisdiction over any enforcement proceedings concerning the settlement, should the need arise. IT IS SO ORDERED.

DATED this __10th__ day of ____April____, 2019

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY:  */s/ Sheri M. Thome*
    Sheri M. Thome
    Nevada Bar No. 008657
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*

1443439v.1